NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN S. HASKELL, )
)
      Appellant, )
)
v. )    Case No. 2D18-690
)
UNNI HASKELL, PCP GROUP, LLC, )
FLORIDA INVESTMENT TRUST )
ENTERPRISES, LLC, MATERIAL )
CONNECTION FLORIDA, INC., and )
HASKELL TEXTILES CORP., INC, )
)
      Appellees. )
_____)

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Amy M. Williams, Judge.

Nicole Deese Newlon, William P. Cassidy,
Jr., and John E. Johnson of Johnson &
Cassidy, P.A., Tampa, for Appellant.

Richard C. Alvarez, and Eric R. Maier, of
Older Lundy & Alvarez, Tampa, for
Appellee Unni Haskell.

No appearance for remaining Appellees.

PER CURIAM.


      Affirmed.


NORTHCUTT, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.